UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

DENISE M. HEINRICH,                                    Case no. 10-60534
                                                       Chapter 13
    Debtor.                                            Hon. Marci B. McIvor
_____

CHRISTOPHER CAMPBELL,

    Plaintiff,
v                                                      Adv. Proc. Case No. 10-06958

DENISE M. HEINRICH,

    Defendant.

## PROOF OF SERVICE

    I hereby certify that, on October 28, 2010, I served the Complaint and the Reissued Summons on the following people at the following addresses

| | |
|---|---|
| Denise M. Heinrich | Robert Reizner |
| 3434 Burbank Dr. | 605 W. Michigan Ave. |
| Ann Arbor, MI 48105 | Jackson, MI 49201 |

by first class mail.

                                        /s/ David J. Hutchinson
                                        106 N. 4th Ave. Suite 201
                                        Ann Arbor, MI 48014
                                        (734) 930-9000
                                        davehutchinson@aol.com
                                        P 27114